[No. 27883-5-I.   Division One.   August 30, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC LEE HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03830-7, Norma Smith Huggins, J., entered January 31, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Kennedy, JJ.

[No. 30197-7-I.   Division One.   August 30, 1993.]

DONALD EUGENE WATKINS, ET AL, *Appellants*, v. PROTECTIVE LIFE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-01766-4, Keith M. Callow, J. Pro Tem., entered January 28, 1993. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Scholfield and Kennedy, JJ.

[No. 28611-1-I.   Division One.   August 30, 1993.]

MARY DANGLEBEN, *Appellant*, v. MARKET CONNECTION, LTD., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-02268-4, Edward Heavey, J., entered June 27, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, J., concurred in by Coleman and Forrest, JJ.